*Tayloe-McCandless et al., Petitioners, v. Dep't of Soc. & Health Servs. et al., Respondents*, No. 92272-1. Petition for review of a decision of the Court of Appeals, No. 72736-2-I, August 17, 2015, 189 Wn. App. 1035. *Denied* March 2, 2016.

*State, Respondent, v. Chavez, Petitioner*, No. 92273-0. Petition for review of a decision of the Court of Appeals, No. 71811-8-I, August 31, 2015, 189 Wn. App. 1047. *Denied* March 2, 2016.

*State, Respondent, v. Nadif, Petitioner*, No. 92275-6. Petition for review of a decision of the Court of Appeals, No. 71802-9-I, August 3, 2015, 189 Wn. App. 1017. *Denied* March 2, 2016.

*Hoover, Respondent, v. Warner et al., Petitioners*, No. 92276-4. Petition for review of a decision of the Court of Appeals, Nos. 45742-3-II and 46562-1-II, July 14, 2015, 189 Wn. App. 509. *Denied* March 2, 2016.

*State, Respondent, v. A.L.-A., Petitioner*, No. 92278-1. Petition for review of a decision of the Court of Appeals, No. 32730-2-III, August 18, 2015, 189 Wn. App. 1039. *Denied* March 2, 2016.

*Emerick, Petitioner, v. Cardiac Study Ctr., Inc., Respondent*, No. 92283-7. Petition for review of a decision of the Court of Appeals, No. 72834-2-I, August 24, 2015, 189 Wn. App. 711. *Denied* March 2, 2016.

*Smith et al., Petitioners, v. Dep't of Corr., Respondent*, No. 92285-3. Petition for review of a decision of the Court of Appeals, No. 45479-3-II, August 26, 2015, 189 Wn. App. 839. *Denied* March 2, 2016.

*State, Respondent, v. Roetger, Petitioner*, No. 92291-8. Petition for review of a decision of the Court of Appeals, No. 33231-4-III, August 25, 2015, 189 Wn. App. 1045. *Denied* March 2, 2016.